# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| KAYO CLEVELAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 2:20-cv-52-TFM-B |
| | : | |
| EQUIFAX INFORMATION SERVICES LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is the *Joint Stipulation of Dismissal as to Defendant Trans Union, LLC (Only) With Prejudice*. Doc. 53, filed July 31, 2020. Plaintiff Kayo Cleveland ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union"), bring their stipulation pursuant to Fed. R. Civ. P. 41(a)(2)[1] and request the Court dismiss with prejudice Plaintiff's claims against Trans Union. *Id.* The Court construes the stipulation as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2).

Upon consideration of the motion (Doc. 53), it is **ORDERED** it is **GRANTED**, and Plaintiff's claims against Defendant Trans Union, LLC, are **DISMISSED with prejudice**, with each party to bear their own costs and attorneys' fees.

---

[1] A plaintiff may dismiss all claims against a defendant under Fed. R. Civ. P. 41 even if there are other defendants in the case. *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("[Fed. R. Civ. P.] 41 allows a plaintiff to dismiss all of his claims against a particular defendant . . . ."); *see also Plain Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254 (5th Cir. 1973) ("There is little merit in the argument that the court could not dismiss the action as to less than all defendants upon motion [under (a)(2)] . . . ."); *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

**DONE** and **ORDERED** this 4th day of August 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE