UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KAYO CLEVELAND,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC, *ET AL.*,

    DEFENDANTS.

Case No.:

2:20-cv-00052-TFM-B

## NOTICE OF SETTLEMENT

Plaintiff Kayo Cleveland ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Regions Bank have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before May 5, 2021.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
ASB-8639-I48A
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
Telephone:  (615) 370.9659
Facsimile:   (205) 208.9632
Email:   MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*KAYO CLEVELAND*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I filed the foregoing using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

Joseph D. Steadman, Jr.  
Jones Walker, LLP  
11 N. Water Street, Suite 1200  
Mobile, AL 36602  

Brandon Stein  
Seyfarth Shaw, LLP  
233 S Wacker Drive, Suite 8000  
Chicago, IL 60606  

Michael A. Graziano  
Eckert Seamans Cherin & Mellott, LLC  
1717 Pennsylvania Avenue, NW, Floor 12  
Washington, D.C. 20006  

Barbara J. Wells  
Chad W. Bryan  
Capell & Howard, P.C.  
150 South Perry Street (36104)  
Montgomery, AL 36102-2069  

Brian J. Malcom  
Waller Lansden Dortch & Davis, LLP  
1901 6th Avenue North, Suite 1400  
Birmingham, Alabama 35203  

*/s/ Micah S. Adkins*  
Micah S. Adkins