## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| KAYO CLEVELAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 2:20-cv-52-TFM-B |
| | : | |
| REGIONS BANK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is Plaintiff Kayo Cleveland's *Notice of Settlement*. Doc. 89, filed April 6, 2021. In the notice, Plaintiff states she and Defendant Regions Bank have reached a settlement in principle and will file their dismissal documents by May 5, 2021. *Id.*

Accordingly, the parties are **DIRECTED** to file by **May 5, 2021**, appropriate dismissal paperwork pursuant to Fed. R. Civ. P. 41 or a status report indicating a projected timeline for completion of the settlement process. Any current deadlines are stayed and suspended.

**DONE** and **ORDERED** this 8th day of April 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE