UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KAYO CLEVELAND,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; PENTAGON FEDERAL CREDIT UNION; LENDINGCLUB CORPORATION; REGIONS BANK; ALPHA RECOVERY CORPORATION; AND FULL CIRCLE FINANCIAL SERVICES, LLC,

    DEFENDANTS.

Case No.:

2:20-cv-00052-TFM-B

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT DEFENDANT REGIONS BANK WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kayo Cleveland ("Plaintiff") and Defendant Regions Bank ("Regions") (collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, Plaintiff's claims asserted against Regions Bank and said parties to bear their own costs and attorney's fees.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
(S.D. Ala. Bar No. adkim8639)
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T:  (615) 370.9659
F:  (615) 370.4099
E:  MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF*
*KAYO CLEVELAND*

1

*/s/ Brian J. Malcolm (with consent)*
Brian J. Malcom (ASB-0265-I70M)
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 6th Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5706
Facsimile: (205) 214-7342
Email: brian.malcom@wallerlaw.com
*COUNSEL FOR DEFENDANT*
*REGIONS BANK*

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

Joseph D. Steadman, Jr.
JONES WALKER LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Brandon Stein
SEYFARTH SHAW LLP
233 S Wacker Drive, Suite 8000
Chicago, IL 60606

Brian J. Malcom
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 6th Avenue North, Suite 1400
Birmingham, Alabama 35203

Archibald T. Reeves, IV
MCDOWELL KNIGHT ROEDDER & SLEDGE
11 North Water Street, 13th Floor
Battle House Tower
Mobile, AL 36602

Barbara J. Wells
Chad W. Bryan
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Montgomery, AL 36102-2069

Michael A. Graziano
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, NW, Floor 12
Washington, D.C. 20006

Alan Leeth
Frank Springfield
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

*/s/ Micah S. Adkins*
Micah S. Adkins