UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAYO CLEVELAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 2:20-cv-52-TFM-B |
| | : | |
| REGIONS BANK, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court is the parties' *Joint Stipulation of Dismissal as to Defendant Defendant [(sic)] Regions Bank With Prejudice*. Doc. 92, filed May 4, 2021. The parties request the Court dismiss with prejudice all of the claims that are brought by Plaintiff Kayo Cleveland against Defendant Regions Bank in this matter. *Id.* The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(ii). The joint stipulation is signed by counsel for the remaining parties in this matter. Doc. 92.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 4th day of May 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE